**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **BRANDON LOPEZ ANGUIANO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1817-KC** |
| | § | |
| **WARDEN OF THE EL PASO** | § | |
| **SERVICE PROCESSING CENTER,** | § | |
| **et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

On this day, the Court considered the case.  On July 29, 2026, the Court granted in part Brandon Lopez Anguiano's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision.  July 29, 2026, Order 5, ECF No. 5.

Respondents have now informed the Court that on July 13, 2026, an IJ ordered Lopez Anguiano released on a $1,500.00 bond.  Status Report, ECF No. 6; *see id.* Ex. A ("IJ Order"), ECF No. 6-1.

It appears that the only remaining matter to be resolved in this case is Lopez Anguiano's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA").  *See* Pet. 89, ECF No. 1; *see generally* July 29, 2026, Order.  However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA.  *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

SIGNED this 11th day of August, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE